IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS M. BRADDY, Jr.,
Inmate No. 58886-019,
    Plaintiff,

v.

UNITED STATES
PENITENTIARY WARDEN AND
STAFF,
    Defendants.

: MANDAMUS
: 28 U.S.C. § 1361
:
: CIVIL ACTION NO.
: 1:10-CV-779-TWT
:
:
:
:
:

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

JUN 2 2010

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

## ORDER AND OPINION

On March 12, 2010, Plaintiff submitted a document to the Court styled "Motion for Injunction Order" that the Clerk docketed as a pro se mandamus action pursuant to 28 U.S.C. § 1361. [Doc. 1]. On April 7, 2010, this Court instructed Plaintiff to submit the full filing fee of $350.00 or execute and return a financial affidavit seeking leave to proceed in forma pauperis that included: (1) an authorization allowing his custodian to withdraw funds from his inmate account; (2) a completed certificate signed by an authorized institutional officer regarding the current balance in his inmate account; and (3) a certified copy of his inmate trust account balance for the six-month period preceding the filing of the instant action certified by an authorized institutional officer. Plaintiff was

AO 72A
(Rev.8/82)

instructed to comply with the Court's directives within thirty (30) days or face dismissal of his action.

As of May 27, 2010, Plaintiff has not submitted either the $350.00 filing fee or a request to proceed in forma pauperis that complies with this Court's instructions.

**IT IS THEREFORE ORDERED** that, pursuant to LR 41.3(A)(2), NDGa, this action is hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to obey a lawful order of this Court.

**IT IS SO ORDERED** this 1 day of June, 2010.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

2